Feb. 15, 1978.

384 A.2d 979

Adams, et ux., et al. v. Davis, Appellant.

Argued November 14, 1977. John A. Metz, Jr., with him G. Harry Isaacson, for appellant; J. Messina, with him Reginald L. Pawlowski, for appellees.

Decree affirmed.

384 A.2d 979

Alston Appeal.

Argued November 21, 1977. Richard L. Neff, with him Havey and Neff, for appellant; Henry J. Albaugh, for appellee.

Order affirmed.